R. Michael Lieberman (SBN 120831)
Law Offices of R. Michael Lieberman
1398 Post Street
San Francisco, CA 94109
Tel: 415-929-3197
Fax: 415-929-3476
Email: michael@spark84.com

Attorneys for Plaintiff
JAROM VAHAI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAROM VAHAI, an individual; | NO.  3:13-cv-03859-JSW |
| Plaintiff, | AMENDED STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~PROPOSED ORDER~~ |
| vs. | |
| UNITED AIRLINES, INC.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

1/ AMENDED STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~PROPOSED ORDER~~ – NO. CV 13-03859 JSW

IT IS HEREBY STIPULATED by and between the parties to this action, through their attorneys, as follows:

1. The Case Management Conference in this matter is currently scheduled for Friday, January 3, 2014 at 1:30 p.m. in Department 11 of this Court.

2. The parties request that the Case Management Conference be continued to a later date. The parties are available on the following dates: January 31, February 14, February 28, and March 7.

3. Good cause exists for this request. The reason for this request is as follows: R. Michael Lieberman, counsel for plaintiff, will be out of the country and unable to appear in person or by phone for this hearing.

4. The parties have met and conferred regarding ADR, and Tiffany Thomas, counsel for defendant, submitted the ADR certification on December 19.

5. Neither party will be prejudiced by the continuation of the Case Management Conference.

6. The parties hereby stipulate and respectfully request that the Case Management in this matter be continued.

DATE: December 20, 2013

                                        LAW OFFICES OF R. MICHAEL LIEBERMAN

                                        /s/ R. Michael Lieberman
                                        R. MICHAEL LIEBERMAN

                                        Attorneys for Plaintiff
                                        JAROM VAHAI

DATED: December 20, 2013

                                        REED SMITH LLP

                                        /s/ Tiffany Renee Thomas
                                        TIFFANY RENEE THOMAS

                                        Attorneys for Defendant
                                        UNITED AIRLINES, INC.

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference, currently scheduled for Friday, January 3, 2014 at 1:30 p.m. in Department 11 of this Court, be continued to February 14, 2014 at 1:30 p.m. The joint case management statement shall be due on or before February 7, 2014.

DATED: 12-30-13

_____
THE HON. JEFFREY S. WHITE

4/ AMENDED STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER – NO. CV 13-03859 JSW