IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAROM VAHAI,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES, INC. and DOES 1-50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 13-03859 JSW<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE** |

On December 8, 2014, United Airlines, Inc. filed a motion for summary judgment. Plaintiff's opposition was due to be filed no later than December 22, 2014. The motion was set for hearing on February 6, 2015 at 9:00 a.m. and the Court has not received any further filings by either party since the summary judgment motion was filed.

On January 27, 2015, this Court issued an order instructing Plaintiff to file an opposition to the motion for summary judgment and admonishing him that failure to oppose the motion may result in dismissal of his case. *See Rand v. Rowland,* 154 F.3d at 952, 963-64 (9th Cir. 1998).

The Court has received no submission from Plaintiff. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than February 13, 2015, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order shall

result in dismissal of this matter without prejudice.  The motion is set for hearing on February 6, 2015 at 9:00 a.m. is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: February 3, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE