IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAROM VAHAI,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC. and DOES 1-50, inclusive,<br><br>    Defendants.<br>_____/ | No. C 13-03859 JSW<br><br>**ORDER OF DISMISSAL** |

    On December 8, 2014, United Airlines, Inc. filed a motion for summary judgment. Plaintiff's opposition was due to be filed no later than December 22, 2014. The motion was set for hearing on February 6, 2015. The Court did not receive any further filings by either party.

    On January 27, 2015, this Court issued an order instructing Plaintiff to file an opposition to the motion for summary judgment and admonishing him that failure to oppose could result in dismissal of his case. *See Rand v. Rowland*, 154 F.3d 952, 963-64 (9th Cir. 1998).

    Having received no submissions, on February 3, 2015, this Court issued an requiring Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute. The Court admonished Plaintiff that failure to respond to the order to show cause by no later than February 13, 2015, would result in dismissal of this matter without prejudice.

Having received no further filings, this Court DISMISSES this action without prejudice for failure to prosecute. A separate judgment shall issue and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 26, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2